COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-09-097-CV

 

IN
RE TRAFFIC & TRANSPORTATION                                       RELATORS

SUPPLY, INC., WILLIAM
SCHAAD AND 

SANDRA SCHAAD

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court has considered relators=
petition for writ of mandamus, relators= motion
for emergency relief, the response of the real party in interest, and the
filings of both parties and is of the opinion that relief should be denied. 
Accordingly, our March 31, 2009 stay order is hereby vacated, and relators=
petition for writ of mandamus is denied.

Relators shall
pay all costs of this original proceeding, for which let execution issue.

PER
CURIAM

 

PANEL:  GARDNER, LIVINGSTON, and DAUPHINOT, JJ.

 

DELIVERED:  February 18, 2010











     [1]See
Tex. R. App. P. 47.4.